227 So.2d 373

Edless MANUEL

v.

LIBERTY MUTUAL INSURANCE COMPANY.

No. 50074.

Nov. 6, 1969.

In re: Liberty Mutual Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Landry. 225 So.2d 151.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

227 So.2d 373

George L. DOSS

v.

AMERICAN VENTURES, INC., and Travelers Insurance Company.

No. 50066.

Nov. 6, 1969.

In re: George L. Doss applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 224 So.2d 470.

Writ refused. The judgment is not final.